UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

PERRY CARTER,

        Plaintiff,                  Case No. 2:23-cv-137

v.                                             Honorable Jane M. Beckering

CHRISTY NEGRINELLI et al.,

        Defendants.
_____/

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On April 25, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 11). Accordingly,

    **IT IS ORDERED** that this case is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the remainder of the filing fee owed by Perry Carter, #648416, in this case shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

    **IT IS SO ORDERED**.


Dated:    April 30, 2024                  /s/ Jane M. Beckering
                                                       Jane M. Beckering
                                                       United States District Judge